# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOTTA OGUNDIMO, | ) | 1:09-cv-00230 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed this action on February 5, 2009. (Doc. 1.) On February 6, 2009, this Court granted Plaintiff's application to proceed in forma pauperis. (Doc. 4.) On that same date, the Court issued its Scheduling Order, and a Summons to Defendant. (Docs. 5 & 6.) Thereafter, Defendant received service of process on March 16, 2009. (Docs. 10 & 11.)

On July 14, 2009, Defendant timely lodged the administrative record with this Court. (Doc. 12.) On or about August 14, 2009, Plaintiff filed a notice of "Submission of Documents To Defendant" with this Court, wherein Plaintiff indicates she served Defendant with her confidential letter brief as required by the Scheduling Order. (Doc. 15.)

1   On October 1, 2009, Plaintiff filed a "Motion to Award Judgement against Social Security," asserting Defendant had not responded to her confidential letter brief as required. Plaintiff seeks to have judgment entered against Defendant, and for payment of benefits. (Doc. 18.)

It can be reasonably inferred from Plaintiff's filing that Defendant has failed to respond to Plaintiff's confidential letter brief within the thirty-five (35) day period provided for in the Scheduling Order. (Doc. 6 at 2, ¶ 4 ["Within thirty-five (35) days after service of appellant's letter brief, respondent shall serve a response to appellant's letter brief on appellant. The response shall NOT be filed with the court and it shall be marked 'confidential'"].) Plaintiff's confidential letter brief was served via United States mail on August 14, 2009; therefore, Defendant's response thereto was due on or before September 18, 2009.

Thus, Defendant is ordered to show cause why Plaintiff's motion should not be granted. Specifically, Defendant shall provide the Court with information regarding its obligation to respond to Plaintiff's confidential letter brief. Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN five (5) days of the date of this Order.

Failure to respond to this Order to Show Cause within the time specified may result in sanctions.

IT IS SO ORDERED.

Dated:   **October 6, 2009**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE