# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:09-cv-00230 GSA<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>**ORDER GRANTING EXTENSION *NUNC PRO TUNC***<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR JUDGMENT AND BENEFITS** |

On October 6, 2009, this Court issued an Order to Show Cause why Plaintiff's motion should not be granted, for Defendant's failure to respond to Plaintiff's confidential letter brief pursuant to the scheduling order. (Doc. 19.) On October 8, 2009, Defendant timely replied to the Order to Show Cause. (Doc. 20.)

Specifically, Defendant indicated that Plaintiff's confidential letter brief had been "misrouted," in part due to the significant staffing shortages experienced by Defendant. This Court accepts Defendant's explanation and VACATES the Order to Show Cause.

Also, consistent with Defendant's response, this Court GRANTS Defendant's request for an extension of time, through and until October 8, 2009, *nunc pro tunc*, within which to file its response

to Plaintiff's confidential letter brief.  Notably, Defendant states it served Plaintiff with its response to her confidential letter brief via United States mail on October 8, 2009.

In light of the foregoing, Plaintiff's "Motion to Award Judgement against Social Security" is DENIED as moot.

Plaintiff has thirty (30) days from the date of service of this Order within which to file her opening brief with the Court.  (Doc. 6 at 2, ¶ 6 ["appellant shall file and serve an opening brief with the court and on respondent"] & ¶ 11.)

IT IS SO ORDERED.

Dated: __October 8, 2009__         _____/s/ Gary S. Austin_____
                                    UNITED STATES MAGISTRATE JUDGE