# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOTTA OGUNDIMO, | ) | 1:09-cv-00230 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Plaintiff filed this action on February 5, 2009. (Doc. 1.) On February 6, 2009, this Court granted Plaintiff's application to proceed in forma pauperis. (Doc. 4.) On that same date, the Court issued its Scheduling Order, and a Summons to Defendant. (Docs. 5 & 6.) Thereafter, Defendant received service of process on March 16, 2009. (Docs. 10 & 11.) On July 14, 2009, Defendant timely lodged the administrative record with this Court. (Doc. 12.)

Thereafter, in an order dated October 8, 2009, this Court cautioned Plaintiff that she had "thirty (30) days from the date of service of this Order within which to file her opening brief . . .." (Doc. 22 at 2.) Thus, Plaintiff's opening brief was to be filed on or before November 7, 2009.[1]

---

[1] Because November 7, 2009, fell on a Saturday, any brief would have been considered timely filed on the court's next business day, i.e., Monday, November 9, 2009.

1

1 Plaintiff has failed to file an opening brief and the parties have not stipulated to an extension of time for such filing.

    Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with this Court's order of October 8, 2009. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Plaintiff desires more time to file a brief, she should so state in the response.

    Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

    IT IS SO ORDERED.

**Dated:** **November 19, 2009**             /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE