# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO, | 1:09-cv-00230 GSA |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **ORDER GRANTING EXTENSION OF TIME** |
| Defendant. | |

On November 19, 2009, this Court issued an Order to Show Cause why this action should not be dismissed for Plaintiff's failure to comply with a court order. (Doc. 23.) On December 8, 2009, Plaintiff timely replied to the Order to Show Cause. (Doc. 24.)

Plaintiff indicated that when this Court permitted Defendant with an extension of time, "it threw off [her] calendar on another case" she has pending in the Eastern District. Further, Plaintiff explains she has "several disabling functions" that have prevented her from complying with this Court's previous order. Plaintiff seeks an extension of time through the holiday season. This Court accepts Plaintiff's explanation and VACATES the Order to Show Cause.

//

//

1

Also, consistent with Plaintiff's response, this Court GRANTS Plaintiff's request for an extension of time, through and until **January 15, 2010**, within which to file her opening brief.

IT IS SO ORDERED.

Dated:  **December 10, 2009**                    /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE