```
1  BENJAMIN WAGNER
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CARLOTTA OGUNDIMO, ) | |
| ) | CIVIL NO. 1:09-CV-00230 GSA |
| Plaintiff, ) | |
| ) | |
| v. ) | EX PARTE APPLICATION FOR LEAVE TO |
| ) | FILE LATE BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES MAGISTRATE JUDGE:

Defendant, Commissioner of Social Security, files this application to file his responsive brief late, concurrent with this application.  Following an extension granted on February 17, 2010 in the wake of the undersigned counsel's personal difficulties related to a robbery, the Commissioner's response was due March 2, 2010.  The undersigned counsel was unable to complete the brief within that time frame.  This was due to an unanticipated work obligations regarding defective transcripts in other cases, which

///

///

///

had to be addressed immediately. Counsel should have sought a second extension and apologizes for the oversight. In the interests of moving this case forward without further delay, she seeks to file the Commissioner's brief late rather than seek an extension that would have to be effective nunc pro tunc. Counsel respectfully requests that this application be granted.

Dated: March 5, 2010                     Respectfully submitted,

BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:        /s/ Elizabeth Firer
           _____
           ELIZABETH FIRER
           Special Assistant U.S. Attorney

           Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **March 5, 2010**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE